IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATHAN VARBLE**                                                                                   **PLAINTIFF**

V.                              **CASE NO. 5:25-CV-5187**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction;**
**THOMAS HURST, Warden,**
**North Central Unit; and**
**TIM GRIFFIN, ARKANSAS ATTORNEY GENERAL**                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 12) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Petitioner's Amended § 2254 Petition for Writ of Habeas Corpus is **DENIED**. The case is **DISMISSED**.

**IT IS SO ORDERED** on this 6th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE